UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br>ANDREW R. OTERO, *et al.*,<br><br>                              Defendants. | Case No.: 17cr879-JAH<br><br>**ORDER VACATING HEARING** |

After a careful review of the Parties' submissions, the Court deems Defendant Andrew R. Otero's Motion for Compassionate Release, (doc. no. 234), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for April 15, 2020, at 1:00 p.m. is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: April 14, 2020

_____
JOHN A. HOUSTON
United States District Judge