**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW OTERO (1)<br><br>        Defendant | Case No.: 17cr0879-JAH<br><br>**ORDER GRANTING MOTION TO CONTINUE MOTION HEARING AND GRANTING ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. No. 246).** |

Pending before the Court is Plaintiff United States of America's Motion to Continue Motion Hearing and Requesting Additional Time to Respond to Defendant's Motion for Reconsideration. *See* Doc. No. 246. Upon consideration of the motion, IT IS HEREBY ORDERED that the United States' motion is **GRANTED**.  Accordingly, the United States shall file its response to Defendant's Motion for Reconsideration **on or before June 29, 2020**, and the telephonic motion hearing scheduled for June 29, 2020, at 4:00 p.m. is **VACATED and RESET for July 2, 2020 at 10:30 a.m.**

**IT IS SO ORDERED**.

Dated: June 25, 2020

_____

JOHN A. HOUSTON

United States District Judge